IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS WILLIAMS,<br>               Petitioner<br><br>  vs.<br><br>CHARLES ERICKSON; THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>               Respondents | )<br>)<br>)<br>) Civil Action No. 05-232<br>) Judge Arthur J. Schwab/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this 12th day of January, 2006, after the plaintiff, Douglas Williams, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, upon consideration of the objections filed by petitioner, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Petition for Writ of Habeas corpus is denied;

IT IS FURTHER ORDERED that a Certificate of Appealability is denied;

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                                  s/Arthur J. Schwab
                                                  ARTHUR J. SCHWAB
                                                  United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Douglas Williams
DT-7180
SCI Retreat
660 State Route 11
Hunlock Creek, PA 18621

Rusheen R. Pettit
Assistant District Attorney
Office of the District Attorney
401 Allegheny County Courthouse
Pittsburgh, PA 15219